# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LEILA M. PONFIL,**

    **Plaintiff,**

**v.**

                                  Case No. 20-CV-1272

**KILOLO KIJAKAZI,**
**Acting Commissioner for Social Security,**

    **Defendant.**[1]

# ORDER

Based upon the stipulation of the parties (Docket # 24) and the court's finding that the fees incurred are both reasonable and necessary and qualify under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d),

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $5,357.18 (five thousand three hundred fifty-seven dollars and eighteen cents) shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not her attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If Plaintiff owes a pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will instruct the U.S.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Department of Treasury that any check for the remainder after offset will be made payable to Plaintiff and mailed to the business address of Plaintiff's attorney.

Dated in Milwaukee, Wisconsin this 17th day of August, 2021.

BY THE COURT:

_____
HONORABLE NANCY JOSEPH
United States Magistrate Judge